IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 OCT 21 PM 2:59
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ELIZABETH LOPES, <br><br> Defendant. | 8:25CR209 <br><br> INDICTMENT <br> 21 U.S.C. § 841(a)(1) & (b)(1) |

The Grand Jury Charges:

<u>COUNT I</u>

On or about April 27, 2025, in the District of Nebraska, ELIZABETH LOPES, defendant herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL:

_____
FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
MARTIN J. CONBOY, IV
Assistant United States Attorney